IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ADARYLL BROWN,

      Plaintiff,

v.                                    CASE NO. 1:11-cv-00016-MP-WCS

MICHAEL J ASTRUE,

      Defendant.

_____/

**O R D E R**

      This matter is before the Court on Doc. 18, Report and Recommendation of the

Magistrate Judge, in which the Magistrate Judge recommends that the defendant's motion to

remand (Doc. 17) be granted, and this matter be remanded under sentence four of 42 U.S.C. §

405(g). The plaintiff consented to the motion and has not filed objections to the Report and

Recommendation. Upon consideration, the Court shall accept the Report and Recommendation

and grant the motion to remand.

      A remand under sentence four is considered a final judgment. Bergen v. Commissioner,

454 F.3d 1273 (11th Cir. 2006). Thus, absent a court order stating otherwise, a successful

plaintiff's counsel would normally have fourteen days after the order of remand to file a motion

with the District Court requesting an award of attorney fees. Fed. R. Civ. P. 54(d)(2)(B). This

Rule has been interpreted by the Eleventh Circuit to even apply to a request for fees to be paid

from plaintiff's past due benefits pursuant to 42 U.S.C. § 406(b)(1). Bergen, 454 F.3d at

1277-78. However, plaintiff's counsel in such a case will not know the amount of benefits - and

therefore fees - until after the Commissioner awards benefits, which typically takes longer than

fourteen days after the entry of judgment.  Therefore, an extension of time to seek such fees is

warranted, and was recommended by the <u>Bergen</u> opinion.  <u>Id</u>.  Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

The Report and Recommendation of the Magistrate Judge is adopted, the decision of the Administrative Law Judge is reversed, and this matter is remanded to the Commissioner.

This Clerk is directed to enter final judgment remanding this case to the Commissioner under sentence four of 42 U.S.C. § 405(g) for rehearing.

Pursuant to <u>Bergen</u>, proceedings on attorney fees under the Social Security Act, 42 U.S.C. § 406(b) are stayed until the matter is fully adjudicated upon remand.  The plaintiff shall file a motion to award fees under 406(b) within 30 days after counsel receives notice from the Commissioner as to plaintiff's past due benefits.

This stay relates only to attorney fee proceedings under § 406(b) of the Social Security Act, not to attorney fee proceedings under the Equal Access to Justice Act, 28 U.S.C. § 2412, the latter of which may be adjudicated at this time.

**DONE AND ORDERED** this *9th*  day of September, 2011


*s/Maurice M. Paul*

Maurice M. Paul, Senior District Judge