IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ADARYLL BROWN,

    Plaintiff,

v.                                                CASE NO. 1:11-cv-00016-MP-WCS

MICHAEL J ASTRUE,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 22, plaintiff's motion for attorney's fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412.  The government filed a response in which it agreed that Plaintiff should be awarded attorney fees in the amount of $2,754.31. Doc. 23.  After consideration, the Court concludes that the fee request is appropriate. Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

Plaintiff is awarded attorney fees under EAJA in the amount of $2,754.31, subject to any offsetting debt owed by the Plaintiff to the United States.  If the agreement between Plaintiff and Plaintiff's Counsel is such that these fees are assigned to Plaintiff Counsel, any fees or partial fees received by the Plaintiff are to be considered held in trust for, and payable to, Plaintiff's Counsel.

    **DONE AND ORDERED** this *21st* day of October, 2011

                                *s/Maurice M. Paul*
                        Maurice M. Paul, Senior District Judge